The following constitutes
the order of the court. Signed May 9, 2013

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                              Case No. 11-49562 MEH
                                                   Chapter 13
CRUZ SAAVEDRA PINA and
TAMMY MICHELLE PINA,

                    Debtors./

ORDER AUTHORIZING ENTRY INTO LOAN MODIFICATION AGREEMENT

Upon consideration of debtors' ex-parte motion to allow loan modification, the court hereby authorizes the debtors to discuss and enter into a loan modification with creditor, provided however, that this order shall not be construed as approving any of the terms of said loan modification.

**END OF ORDER**

COURT SERVICE LIST

Sovereign Bank
PO Box 12649
Reading, PA 19612-2649

Sovereign Bank, N.A.
Mail Code 10-6438-W07
601 Penn Street
Reading, PA 19601